

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Deepwell Energy Services, LLC,  \* From the 385th District Court
of Midland County
Trial Court No. CV54356.

Vs. No. 11-18-00265-CV  \* April 18, 2019

Aveda Transportation and Energy  \* Opinion by Bailey, C.J.
Services, Jared Brown, Linda  (Panel consists of: Bailey, C.J.,
Clark, Tom Halliday, and  Stretcher, J., and Wright, S.C.J., sitting
Mickey Sims,  by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Deepwell Energy Services, LLC.